AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| DANIEL RUBRIDGE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10309-WGY |
| CARNIVAL CORPORATION ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge .

Date: 03/01/2023

/s/ Carey Alexander
*Attorney's signature*

Carey Alexander
*Printed name and bar number*

SCOTT+SCOTT ATTORNEY AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

Print    Save As...    Reset