AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| DANIEL RUBRIDGE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10309-WGY |
| CARNIVAL CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge                                                                                                     .

Date:    03/01/2023

/s/ Ethan S. Binder
*Attorney's signature*

Ethan S. Binder
*Printed name and bar number*

SCOTT+SCOTT ATTORNEY AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
*Address*

ebinder@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

Print    Save As...    Reset