AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Daniel Rubridge ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10309-WGY |
| Carnival Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge.

Date: 03/02/2023

/s/ Brian C. Gudmundson
*Attorney's signature*

Brian C. Gudmundson
*Printed name and bar number*

ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

*Address*

brian.gudmundson@zimmreed.com
*E-mail address*

(612) 341-0400
*Telephone number*

(612) 341-0844
*FAX number*