AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Daniel Rubridge ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10309-WGY |
| Carnival Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge                                                                                                 .

Date:     03/02/2023

/s/ Michael J. Laird
*Attorney's signature*

Michael J. Laird
*Printed name and bar number*

ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
*Address*

michael.laird@zimmreed.com
*E-mail address*

(612) 341-0400
*Telephone number*

(612) 341-0844
*FAX number*