AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Daniel Rubridge ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10309-WGY |
| Carnival Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge                                                                                           .

Date:     03/02/2023                                             /s/ Rachel K. Tack
                                                                                    *Attorney's signature*

                                                                                Rachel K. Tack
                                                                        *Printed name and bar number*

                                                                        ZIMMERMAN REED LLP
                                                            1100 IDS Center, 80 South 8th Street
                                                                        Minneapolis, MN  55402
                                                                                    *Address*

                                                                        rachel.tack@zimmreed.com
                                                                                *E-mail address*

                                                                                (612) 341-0400
                                                                                *Telephone number*

                                                                                (612) 341-0844
                                                                                    *FAX number*