# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 1:23-cv-10309-WGY<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY ANJA RUSI

Now comes Joseph P. Guglielmo, counsel for Plaintiff Daniel Rubridge ("Plaintiff") and respectfully requests this Honorable Court enter an Order, in the form attached, for admission *pro hac vice* of Anja Rusi of Scott+Scott Attorneys at Law LLP, to appear herein as counsel for Plaintiff.

In support of this motion, Movant states as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and maintain an office at The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, and am the attorney for Plaintiff.

2. I know Ms. Rusi to be a qualified attorney with experience in litigation and to be a member in good standing of the bar of the State of Connecticut and the United States District Court for the District of Connecticut.

3. Ms. Rusi is not a resident of Massachusetts.

4. In further support of this motion, the Movant incorporates by reference the attached Declaration of Anja Rusi in Support of Motion for Admission Pro Hac Vice.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court grant an Order allowing the admission *pro hac vice* of Anja Rusi to practice with respect to this action.

Dated: March 29, 2023

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

I, Joseph P. Guglielmo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 29, 2023.

                                                              */s/ Joseph P. Guglielmo*
                                                              Joseph P. Guglielmo (BBO #671410)