IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>                         Defendant. | Case No. 1:23-cv-10309-WGY<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ANJA RUSI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Anja Rusi, declare as follows:

1. I am an attorney at Scott+Scott Attorneys at Law LLP with an address at: 156 South Main Street, P.O. Box 192, Colchester, CT 06415.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am currently a member in good standing of the bar of the State of Connecticut and the United States District Court for the District of Connecticut.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5. I have reviewed and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Dated: March 29, 2023 | */s/ Anja Rusi*<br>Anja Rusi<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: (860) 537-5537<br>Facsimile:  (860) 537-4432<br>arusi@scott-scott.com |