IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>      Defendant. | Case No. 1:23-cv-10309-WGY<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Plaintiff's Motion for Admission Pro Hac Vice of Anja Rusi, it is hereby ORDERED that the Motion is Granted and Anja Rusi is admitted as a member of the bar of this Court for all pre-trial activities and for the trial of this matter.

        BY THE COURT,

        _____