**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CARNIVAL CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-10309-WGY<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE
OF ATTORNEY ERIN GREEN COMITE**

Now comes Joseph P. Guglielmo, counsel for Plaintiff Daniel Rubridge ("Plaintiff") and respectfully requests this Honorable Court enter an Order, in the form attached, for admission *pro hac vice* of Erin Green Comite of Scott+Scott Attorneys at Law LLP, to appear herein as counsel for Plaintiff.

In support of this motion, Movant states as follows:

1.　I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and maintain an office at The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, and am the attorney for Plaintiff.

2.　I know Ms. Comite to be a qualified attorney with experience in litigation and to be a member in good standing of the bar of the State of Connecticut, the United States District Court for the District of Colorado, the United States District Court for the District of Connecticut, the United States District Courts for the Northern District of Illinois, the United States District Court for the District of Maryland, the United States District Courts for the Eastern, Northern, Southern, and Western Districts of New York, the United States District Court for the Eastern

District of Wisconsin, the United States Courts of Appeals for the Second, Third, Ninth, and Eleventh Circuits.

3. Ms. Comite is not a resident of Massachusetts.

4. In further support of this motion, the Movant incorporates by reference the attached Declaration of Erin Green Comite in Support of Motion for Admission Pro Hac Vice.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court grant an Order allowing the admission *pro hac vice* of Erin Green Comite to practice with respect to this action.

Dated: April 11, 2023

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

**CERTIFICATE OF SERVICE**

    I, Joseph P. Guglielmo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 11, 2023.

                                                     */s/ Joseph P. Guglielmo*
                                                     Joseph P. Guglielmo (BBO #671410)