**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No. 1:23-cv-10309-WGY<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Erin Green Comite, declare as follows:

1. I am an attorney at Scott+Scott Attorneys at Law LLP with an address at: 156 South Main Street, P.O. Box 192, Colchester, CT 06415.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am currently a member in good standing of the bar of the State of Connecticut, the State of Connecticut, the United States District Court for the District of Colorado, the United States District Court for the District of Connecticut, the United States District Courts for the Northern District of Illinois, the United States District Court for the District of Maryland, the United States District Courts for the Eastern, Northern, Southern, and Western Districts of New York, the United States District Court for the Eastern District of Wisconsin, the United States Courts of Appeals for the Second, Third, Ninth, and Eleventh Circuits.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5.  I have reviewed and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 11, 2023

*/s/ Erin Green Comite*
Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com