## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>       Defendant. | Case No. 1:23-cv-10309-WGY<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Plaintiff's Motion for Admission Pro Hac Vice of Erin Green Comite, it is hereby ORDERED that the Motion is Granted and Erin Green Comite is admitted as a member of the bar of this Court for all pre-trial activities and for the trial of this matter.

            BY THE COURT,

            _____