AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| DANIEL RUBRIDGE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10309-WGY |
| CARNIVAL CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge                               .

Date:   04/12/2023                               /s/ Erin Green Comite
                                              *Attorney's signature*

                                              Erin Green Comite
                                              *Printed name and bar number*

                                              SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                              156 South Main Street
                                              P.O. Box 192
                                              Colchester, CT 06415
                                              *Address*

                                              ecomite@scott-scott.com
                                              *E-mail address*

                                              (860) 537-5537
                                              *Telephone number*

                                              (860) 537-4432
                                              *FAX number*

[Print]    [Save As...]                                              [Reset]