UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE,<br><br>                Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>                Defendant. | Civil Action No. 1:23-cv-10309 |

**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND
AND TO MODIFY BRIEFING SCHEDULE**

Defendant Carnival Corporation ("Defendant") and Plaintiff Daniel Rubridge ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and jointly move that the Court adopt the following proposed modification of the case schedule:

WHEREAS, the Complaint (ECF No. 1) in this matter was filed on February 9, 2023;

WHEREAS, Defendant waived service of the complaint pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, Defendant's response to the Complaint is due April 17, 2023;

WHEREAS, the parties agree that the deadline for Defendant to respond to the Complaint should be extended by twenty-one (21) days from the date of this stipulation and the deadlines to brief Defendant's anticipated motion to dismiss should be modified; and

WHEREAS, this is the first extension sought by the parties to this litigation and is sought because the parties are exchanging information relating to Plaintiff's claims;

For good cause shown, the parties HEREBY stipulate and jointly move that the Court modify the scheduling order as follows:

- 2 -

The time for Defendant to answer or otherwise respond to the Complaint be extended to **May 8, 2023**;

The time for Plaintiff to respond to Defendant's motion to dismiss and accompanying filings or, alternatively, to amend the Complaint per Fed. R. Civ. P. 15(a)(1)(B) be extended to **June 7, 2023**; and

The time for Defendant to reply in support of a motion to dismiss and any accompanying filings or, if Plaintiff has amended the complaint, to move to dismiss (or answer) such amended complaint be extended to **June 21, 2023**.

**IT IS SO STIPULATED.**

Dated:  April 13, 2023

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo, BBO #671410
jguglielmo@scott-scott.com
Carey Alexander, *admitted pro hac vice*
calexander@scott-scott.com
Ethan S. Binder, *admitted pro hac vice*
ebinder@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Tel.: (212) 223-6444

Erin Green Comite, *admitted pro hac vice*
ecomite@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537

Dated:  April 13, 2023

*/s/ Aravind Swaminathan (with permission)*
Aravind Swaminathan, BBO#655741
aswaminathan@orrick.com
Jacob M. Heath, *pro hac vice forthcoming*
jheath@orrick.com
Rebecca Harlow, *pro hac vice forthcoming*
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:   +1 617 880 1800
Facsimile:   +1 617 880 1801

*Attorneys for Defendant*

- 3 -

Brian C. Gudmundson, *admitted pro hac vice*
brian.gudmundson@zimmreed.com
Michael J. Laird, *admitted pro hac vice*
michael.laird@zimmreed.com
Rachel K. Tack, *admitted pro hac vice*
rachel.tack@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400

*Attorneys for Plaintiff*


**IT IS SO ORDERED.**

Date: _____          _____
                                          Hon. William G. Young
                                          United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
