AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| DANIEL RUBRIDGE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10309-WGY |
| CARNIVAL CORPORATION ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Daniel Rubridge                                                            .

Date:   04/26/2023                                         /s/ Anja Rusi
                                                         *Attorney's signature*

                                                         Anja Rusi
                                                         *Printed name and bar number*

                                                         SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                                         156 South Main Street
                                                         P.O. Box 192
                                                         Colchester, CT 06415
                                                         *Address*

                                                         arusi@scott-scott.com
                                                         *E-mail address*

                                                         (860) 537-5537
                                                         *Telephone number*

                                                         (860) 537-4432
                                                         *FAX number*

Print          Save As...                                                           Reset