UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARNIVAL CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-10309 |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND**

Defendant Carnival Corporation ("Defendant") and Plaintiff Daniel Rubridge ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and jointly move that the Court adopt the following proposed modification of the case schedule:

WHEREAS, the Complaint (ECF No. 1) in this matter was filed on February 9, 2023;

WHEREAS, Defendant's response to the Complaint is due May 8, 2023;

WHEREAS, in the interests of more efficient adjudication, the parties have recently reached an agreement in principle to have this action transferred to the Southern District of California for consolidation with several other similar actions;

WHEREAS, the parties require additional time to coordinate the mechanics of such transfer and consolidation with the other similar actions;

WHEREAS, as resources spent filing a responsive pleading or briefing a motion to dismiss at this time would be wasted in light of the fact that a new answer or motion-to-dismiss briefing will need to be filed after this case is transferred and a new, consolidated complaint is filed;

WHEREAS, this is the second extension sought by the parties to this litigation and is sought to avoid the waste of judicial and party resources;

- 2 -

The parties HEREBY stipulate that the time for Defendant to answer or otherwise respond to the Complaint be extended to June 8, 2023.

**IT IS SO STIPULATED.**

| Dated: May 8, 2023 | Dated: May 8, 2023 |
|---|---|
| */s/ Brian C. Gudmundson* | */s/ Caroline Simons* |
| Joseph P. Guglielmo BBO #671410<br>jguglielmo@scott-scott.com<br>Carey Alexander, *admitted pro hac vice*<br>calexander@scott-scott.com<br>Ethan S. Binder, *admitted pro hac vice*<br>ebinder@scott-scott.com<br><br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Fl.<br>New York, NY 10169<br>Tel.: (212) 223-6444<br><br>Brian C. Gudmundson, *admitted pro hac vice*<br>brian.gudmundson@zimmreed.com<br>Michael J. Laird, *admitted pro hac vice*<br>michael.laird@zimmreed.com<br>Rachel K. Tack, *admitted pro hac vice*<br>rachel.tack@zimmreed.com<br>ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel.: (612) 341-0400 | Caroline Simons, BBO#680827<br>csimons@orrick.com<br>Jacob M. Heath, *pro hac vice forthcoming*<br>jheath@orrick.com<br>Rebecca Harlow, *pro hac vice forthcoming*<br>rharlow@orrick.com<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>222 Berkeley Street<br>Suite 2000<br>Boston, MA  02116-3740<br>Telephone:     +1 617 880 1800<br>Facsimile:       +1 617 880 1801 |

**IT IS SO ORDERED.**

Date: _____     _____
                                                                    Hon. William G. Young
                                                                    United States District Judge