UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL RUBRIDGE,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.

Civil Action No. 1:23-cv-10309

**STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE**

Defendant Carnival Corporation ("Defendant") and Plaintiff Daniel Rubridge ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and jointly move that the Court transfer this case to the Southern District of California pursuant to 28 U.S.C. § 1404(a):

WHEREAS, the Complaint (ECF No. 1) in this matter was filed in this District on February 9, 2023;

WHEREAS, in the interests of more efficient adjudication, the parties have agreed to have this action transferred to the Southern District of California for consolidation with several other similar actions;

WHEREAS, to facilitate that transfer, Defendant agrees not to challenge personal jurisdiction and venue in the Southern District of California in this action;

The parties HEREBY stipulate that this action be transferred from the District of Massachusetts to the Southern District of California.  Within thirty (30) days of transfer of all related actions, the parties shall file in the Southern District of California a joint motion or stipulation for consolidation with *Price v. Carnival Corp.*, No. 3:23-cv-00236 (S.D. Cal.), and setting a schedule for Plaintiffs' filing of a consolidated complaint and for Defendant's deadline

to respond to the consolidated complaint. Until such a joint motion or stipulation is filed and accepted by the Southern District of California, or until that court orders otherwise, Defendant shall have no obligation to respond to the Complaint in this case.

**IT IS SO STIPULATED.**

| Dated: May 31, 2023 | Dated: May 31, 2023 |
|---|---|
| */s/ Joseph P. Guglielmo* | */s/ Caroline Simons* |
| Joseph P. Guglielmo BBO #671410<br>jguglielmo@scott-scott.com<br>Carey Alexander, *admitted pro hac vice*<br>calexander@scott-scott.com<br>Ethan S. Binder, *admitted pro hac vice*<br>ebinder@scott-scott.com | Caroline Simons, BBO#680827<br>csimons@orrick.com<br>Jacob M. Heath, *pro hac vice forthcoming*<br>jheath@orrick.com<br>Rebecca Harlow, *pro hac vice forthcoming*<br>rharlow@orrick.com |
| SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Fl.<br>New York, NY 10169<br>Tel.: (212) 223-6444 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>222 Berkeley Street<br>Suite 2000<br>Boston, MA  02116-3740<br>Telephone:    +1 617 880 1800<br>Facsimile:    +1 617 880 1801 |
| Brian C. Gudmundson, *admitted pro hac vice*<br>brian.gudmundson@zimmreed.com<br>Michael J. Laird, *admitted pro hac vice*<br>michael.laird@zimmreed.com<br>Rachel K. Tack, *admitted pro hac vice*<br>rachel.tack@zimmreed.com<br>ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel.: (612) 341-0400 | |

**IT IS SO ORDERED.**

Date: _____     _____
                                                                  Hon. William G. Young
                                                                  United States District Judge