UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RUBRIDGE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No. 1:23-cv-10309-WGY |

**STIPULATION AND ORDER TO TRANSFER CASE**

Defendant Carnival Corporation ("Defendant") and Plaintiff Daniel Rubridge ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and jointly move that the Court transfer this case to the Southern District of California pursuant to 28 U.S.C. § 1404(a):

WHEREAS, the Complaint (ECF No. 1) in this matter was filed in this District on February 9, 2023;

WHEREAS, in the interests of more efficient adjudication, the parties have agreed to have this action transferred to the Southern District of California for consolidation with several other similar actions;

WHEREAS, to facilitate that transfer, Defendant agrees not to challenge personal jurisdiction and venue in the Southern District of California in this action;

The parties HEREBY stipulate that this action be transferred from the District of Massachusetts to the Southern District of California. Within thirty (30) days of transfer of all related actions, the parties shall file in the Southern District of California a joint motion or stipulation for consolidation with *Price v. Carnival Corp.*, No. 3:23-cv-00236 (S.D. Cal.), and setting a schedule for Plaintiffs' filing of a consolidated complaint and for Defendant's deadline

to respond to the consolidated complaint. Until such a joint motion or stipulation is filed and accepted by the Southern District of California, or until that court orders otherwise, Defendant shall have no obligation to respond to the Complaint in this case.

**IT IS SO STIPULATED.**

Dated: May 31, 2023

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo BBO #671410
jguglielmo@scott-scott.com
Carey Alexander, *admitted pro hac vice*
calexander@scott-scott.com
Ethan S. Binder, *admitted pro hac vice*
ebinder@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Tel.: (212) 223-6444

Brian C. Gudmundson, *admitted pro hac vice*
brian.gudmundson@zimmreed.com
Michael J. Laird, *admitted pro hac vice*
michael.laird@zimmreed.com
Rachel K. Tack, *admitted pro hac vice*
rachel.tack@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400

Dated: May 31, 2023

*/s/ Caroline Simons*
Caroline Simons, BBO#680827
csimons@orrick.com
Jacob M. Heath, *pro hac vice forthcoming*
jheath@orrick.com
Rebecca Harlow, *pro hac vice forthcoming*
rharlow@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA  02116-3740
Telephone:   +1 617 880 1800
Facsimile:    +1 617 880 1801

**IT IS SO ORDERED.**

Date: **June 8, 2023**

**/s/William G. Young**
Hon. William G. Young
United States District Judge